In the Matter of the Construction of the Will of JAMES A. GOODRICH, Deceased. MARY W. FOSS et al., Appellants; A. VEDDER MAGEE et al., as Executors of JAMES A. GOODRICH, Deceased, et al., Respondents.

Argued October 22, 1948; decided November 24, 1948.

*Raymond F. Loucks* for appellants.

*Harold A. Gordon* for James G. Shaw and another, respondents.

*Harry G. Coplon* and *MacDonald King* for A. Vedder Magee and another, as executors, respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.